UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID JOSEPH KUCHAR,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>STATE OF NEVADA,<br><br>　　　　　　　Respondent. | Case No. 2:25-cv-02527-MMD-EJY<br><br>ORDER |

　　Pro se Petitioner David Joseph Kuchar filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 4 ("Petition").) On December 31, 2025, this Court dismissed the Petition based on federal abstention and the Petition being unexhausted. (ECF No. 3.) Judgment was entered. (ECF No. 5.) Kuchar has now filed a Civil Rights Complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. (ECF Nos. 7 ("Civil Rights Complaint"), 6 ("IFP Application").) Kuchar cannot commence a civil rights proceeding within this closed habeas proceeding. Kuchar must file his Civil Rights Complaint and IFP Application within a new case before this Court.

　　It is therefore ordered that the IFP Application (ECF No. 6) is denied.

　　It is further ordered that the Civil Rights Complaint (ECF No. 7) is dismissed without prejudice.

　　DATED THIS 7th Day of January 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE